UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE HARBOR GRAND, L.L.C.,

    Plaintiff,

CASE NO. 1:22-cv-837

v.

HON. ROBERT J. JONKER

EMCASCO INSURANCE COMPANY,

    Defendants.
_____/

## ORDER OF DISMISSAL

On March 9, 2023, the Court granted the parties' Joint Motion to Appoint an Umpire. The Court also directed the parties to show cause not later than March 24, 2023, as to why this matter should not be dismissed as moot. A review of the docket sheet indicates no responses has been filed by either party. Accordingly, this matter is dismissed as moot.

    **IT IS SO ORDERED**.

Dated:  March 27, 2023               /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 UNITED STATES DISTRICT JUDGE